Eastern District of Kentucky
FILED
AUG 27 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V. INDICTMENT NO. 6:26-cr-109-REW-HAI

DAVID COFFIELD

* * * * *

THE GRAND JURY CHARGES:

**<u>COUNT 1</u>**
**21 U.S.C. § 841(a)(1)**

On or about August 12, 2026, in Perry County, in the Eastern District of Kentucky,

**DAVID COFFIELD**

did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**<u>COUNT 2</u>**
**21 U.S.C. § 841(a)(1)**

On or about August 18, 2026, in Perry County, in the Eastern District of Kentucky,

**DAVID COFFIELD**

did knowingly and intentionally distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 3**
**21 U.S.C. § 841(a)(1)**

On or about August 18, 2026, in Perry County, in the Eastern District of Kentucky,

**DAVID COFFIELD**

did knowingly and intentionally possess with intent to distribute controlled substances, including a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

## COUNTS 1-3

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Offense:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.